# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153338

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 153338
                                         COA: 330804
                                         Macomb CC: 2013-003383-FH

MICHAEL GERARD FLYNN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 24, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



Clerk

d1212